

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**ANNANDALE IMMIGRATION COURT**

Respondent Name:

  RAMIREZ MOSCOSO, ALEX GIOVANI

To:

  Berry, Carl H
  8665 Sudley Road
  # 292
  Manassas, VA 20110

A-Number:
240414312
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
12/06/2024

### ORDER OF THE IMMIGRATION JUDGE

Based on Respondent's admissions, the court has determined that the Respondent is removable from the United States based on the charge(s) set forth in the Notice to Appear. The Respondent has made an application solely for voluntary departure in lieu of removal and has waived appeal of all issues.

**ORDER:** Accordingly, it is HEREBY ORDERED that the respondent be GRANTED pre-conclusion voluntary departure under Immigration and Nationality Act (INA) § 240B(a), in lieu of removal, without expense to the Government, on or before 04/07/2025, or any extensions as may be granted by the Department of Homeland Security (DHS), and under any other conditions DHS may direct.

It is FURTHER ORDERED:

☐   that the Respondent post a voluntary departure bond in the amount of $ USD with DHS on or before          .

☐   that the Respondent provide DHS with the Respondent's passport or other travel documentation sufficient to assure lawful entry into the country to which Respondent is departing within 60 days of this order, or within any time extensions that DHS may grant and/or

☑   Other:
The respondent is to provide his travel itinerary, through counsel, to the Court and the Department of Homeland Security no later than April 7, 2025.

It is FURTHER ORDERED that if any of the above-ordered conditions are not met as required or if the Respondent fails to depart as required, the above grant of pre-conclusion voluntary departure shall be withdrawn without further notice or proceedings and the following order, entered pursuant to 8 C.F.R. § 1240.26(d), shall become immediately effective:
the Respondent shall be removed to Bolivia on the charge(s) set forth in the Notice to Appear.

It is FURTHER ORDERED that if the above country advises DHS that it is unwilling to accept the Respondent into its territory, or fails to advise DHS within three months following original inquiry whether it will accept Respondent into its territory, the Respondent shall be removed to



The Respondent is HEREBY ADVISED that if the Respondent fails to voluntarily depart the United States within the time specified, or within any extensions that DHS may grant, the Respondent will be subject to the following penalties:

The Respondent will be subject to a civil monetary penalty as listed in 8 C.F.R. § 280.53(b). *See* INA § 240B(d). The court has set the presumptive civil monetary penalty amount of $3,000.00 USD (or $ USD instead of the presumptive amount).

The Respondent will be ineligible, for a period of 10 years, to receive cancellation of removal, adjustment of status, registry, voluntary departure, or a change in nonimmigrant status. *See* INA § 240B(d).

The Respondent is FURTHER ADVISED that if Respondent files a motion to reopen or reconsider during the voluntary departure period, the period allowed for voluntary departure will not be stayed, tolled, or extended, the grant of voluntary departure will be terminated automatically, the alternate order of removal will take effect immediately, and the above penalties for failure to depart voluntarily under INA § 240B(d) will not apply. 8 C.F.R. §§ 1240.26(b)(3)(iii), (e)(1).



Immigration Judge: LOMARTIRE, NICOLE 12/06/2024

Appeal:    Department of Homeland Security: ☑ waived    ☐ reserved

Respondent:    ☑ waived    ☐ reserved

Appeal Due:

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : RAMIREZ MOSCOSO, ALEX GIOVANI | A-Number : 240414312

Riders:

Date: 12/06/2024 By: SHAKIL, RANA, Court Staff